IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROBERT DELAYO,

      Plaintiff,

v.                                                                No. CV 22-165 JHR/CG

NEW MEXICO CORRECTIONS
DEPARTMENT, *et al.*,

      Defendants.

## ORDER EXTENDING DEFENDANTS TIME TO ANSWER THE COMPLAINT

**THIS MATTER** is before the Court upon Defendant Benjamin Huang MD's *Unopposed Motion for a[] One-Week Extension of Time*, (Doc. 13), and Defendant Tridentcare's *Unopposed Motion for a One-Week Extension of Time*, (Doc. 14), both filed March 31, 2022. In the motions, Defendants explain that they need "additional time to assist [their] client[s] in preparing a response to the complaint, and thus they seek a one-week extension of time to serve and file a responsive pleading. (Doc. 13 at 2); (Doc. 14 at 2). The Court, having reviewed the motions and noting they are unopposed, finds the motions shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant Benjamin Huang MD and Defendant Tridentcare shall answer or otherwise respond to the Complaint by **April 8, 2022**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE