IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROBERT DELAYO,

      Plaintiff,

v.                                        No. CV 22-165 JHR/CG

NEW MEXICO CORRECTIONS
DEPARTMENT, *et al.*,

      Defendants.

## ORDER EXTENDING DEFENDANTS TIME TO ANSWER THE COMPLAINT

**THIS MATTER** is before the Court upon Defendant Dr. Nicolas J. Kuehn's *Unopposed Motion for a One-Week Extension of Time to Respond to Plaintiff's Complaint* (the "Motion"), (Doc. 17), filed April 4, 2022. In the Motion, Defendant requests a one-week extension of his time to file a responsive pleading, explaining "counsel requires additional time to assist his client in preparing a response to the complaint." *Id.* at 2. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant Dr. Nicolas J. Kuehn shall answer or otherwise respond to the Complaint by **April 12, 2022**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE