IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROBERT DELAYO,

      Plaintiff,

v.                                                             No. CV 22-165 MIS/CG

NEW MEXICO CORRECTIONS
DEPARTMENT, *et al.*,

      Defendants.

## ORDER GRANTING MOTION TO EXTEND

**THIS MATTER** is before the Court upon Defendants' *Unopposed Motion for Extension of Time* (the "Motion"), (Doc. 38), filed May 27, 2022. In the Motion, Defendants Wexford Health Sources, Inc., and Dieter Dennig, M.D., indicate that counsel is "awaiting receipt of documents necessary to complete her clients' initial disclosures," and that to ensure complete disclosures, the parties have agreed to a short extension. (Doc. 38 at 1-2). The Court, having reviewed the Motion and noting it is unopposed, finds the Motion shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendants Wexford Health Sources, Inc., and Dieter Dennig, M.D., shall submit their initial disclosures by no later than **June 3, 2022**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE