IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROBERT DELAYO,

      Plaintiff,

v.	No. CV 22-165 MIS/CG

NEW MEXICO CORRECTIONS
DEPARTMENT, *et al.*,

      Defendants.

## ORDER SETTING EXPEDITED BRIEFING SCHEDULE

**THIS MATTER** is before the Court upon the Telephonic Status Conference held on June 8, 2022. **IT IS HEREBY ORDERED** that Defendant Core Civic shall file its motion for a protective order by no later than **June 15, 2022**. Plaintiff shall file his response in opposition, if any, by no later than **June 22, 2022**. Defendant Core Civic shall file his reply, if any, by no later than **June 29, 2022**. If appropriate, the Court will set a motion hearing at a later date.

      **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE